✓ FILED RECEIVED
ENTERED SERVED ON
NOV 30 2024
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

# Complaint Letter

Joshua R. Yoe Vs. The Black Stone Group, Stonepeak Partners, Cherng Family Trust, MGM Resorts International

"The Cosmopolitan Hotel Las Vegas"

November 6, 2024

On Wednesday November 15, 2023 I Joshua R. Yoe traveled to Las Vegas Nevada on a 5 night 6 days vacation stay for the Formula One weekend event. The Cosmopolitan Hotel advertised their Casino with many different images, The Rooftop Watch Party, Cocktails, Ladies, and many other exclusive experiences including Day and Night Time Club Parties. All of which attracted my interest, and eventually becoming my desired destination. Upon entering the hotel, and almost immediately I Joshua was approached by a female who introduced herself as "Cali" and also that she's a working girl here in The Cosmopolitan Hotel Casino. After being intrigued a little by the experience I informed the lady "Cali" of my name, business, my reason for visiting Las Vegas, and The Cosmopolitan Hotel.

I Joshua was completely taken by the hotel experience, and I believed The Cosmopolitan Hotel created a unique and authentic experience for all guests to experience. I traveled to Las Vegas believing that The Cosmopolitan Hotel guest experience is their number one overall focus, and that their guest protection is Ensured/Insured. The Cosmopolitan Hotel has Bar's, Casino, Restaurant's, Shopping Store's, and several after hour attractions that's considered adult only. Consumer Protection Laws are a set of regulations that protect consumers from unethical or dangerous business practices. Hotel guests have a relatively high risk of victimization, by undercover officers who unlawfully induce or persuade you to commit a crime. The Cosmopolitan Hotel Casino DECEPTIVE practices are unlawful, and it has destroyed my Vacation and Life. While I believed that I was experiencing a Luxury Resort Hotel & Casino I was actually being victimized by Hotel Negligence, Prostitution, and Police Corruption.

The lady "Cali", and I Joshua talked freely as I continued to experience the hotel environment. People were having the best time of their lives, and I started to have my own experience. The lady "Cali" revealed herself a little more, and informed me that she works as an escort for hire here in The Cosmopolitan Hotel Casino. I asked the lady, "if she's trying to tell me that she's a prostitute?". But she then made attempts to lure me as her Pimp while she worked the casino. Prostitution is illegal, and I do not affiliate with prostitutes, pimps, or buyers. I'm a religious man, on vacation to experience The Formula One Weekend Event, and I Joshua immediately informed the lady that I'm not interested in any of her services, and rejected her request for a Pimp. Still at this point in our conversation, I was not informed the she is an undercover police agent.

Nevada law 201.354 says that it's unlawful to engage in prostitution or solicitation except in a licensed house of prostitution. The Cosmopolitan Hotel must be held liable for my experience within their premises. Prostitution is Sexual Violence, and women in the Sex industry are considered Sex Traffickers. The Cosmopolitan Hotel Las Vegas allowed me to be targeted by an UnderCover Cop posing as a Prostitute. She used deception to persuade me into a conversation with her, she picked me for information, she attempted to victimize my religious affiliation, she attempted to persuade me into being her pimp, and without considering how this would affect me she recorded our entire conversation. On 11-15-2023 shortly after arriving for my vacation, my rights as a hotel guest have been violated.

The Cosmopolitan Hotel Casino was the platform for the Special Investigation Vice Police Sting Operation accompanied by FBI agents and Las Vegas Metro Police. Even though I Joshua resisted “Cali” the Prostitute, and rejected all her prostitution advances, I was followed unconsciously into the men's restroom by several police officer's. I exited the toilet stall and attempted to wash my hands. Several male voices yell Metro Police! Aggressively I Joshua was grabbed from behind, arms gripped and pulled behind my back, they slammed me up against the wall, and restrained/handcuffed. Handcuffs were used in a manner that was forceful and/or unjustified. Miranda rights have not been read, and no one informed me the reason why I was being detained. I was being unlawfully held up against the wall by (6) or more male officers from behind, I couldn't even turn my head to see, and I was not able to view their faces, name tags, or badge numbers. The Police asked one another where they were taking me, and someone said this way, and I noticed a white male with hairy arm leading the way out of the men's restroom.

The George Floyd Justice in Policing Act of 2021 is a bill that aims to reduce police misconduct, racial bias, and excessive force. The Cosmopolitan Hotel Las Vegas is legally required to maintain a safe environment for their guests under premises liability law, and they have failed to keep me safe from the police corruption, and the illegal prostitution allowed on their premises. I was detained by law enforcement without any legal justification, wrongfully accused of being a Pimp with intentions of Human Trafficking, and threaten with a Pimping Charge.

I Joshua was arrested, and charged without probable cause, which “Cause” is a higher standard than reasonable suspension. Cali the Prostitute, and several other officer's intentionally or recklessly included false information in the affidavit written against me, while I remain detained inside the hotel. The Fourth Amendment requires that an affidavit used to establish probable cause for an arrest warrant be truthful and factual. If an officer prepares a search or arrest warrant affidavit that contains intentional false/misleading information or includes such information recklessly and the information is material/necessary for probable cause, the warrant is invalid, and the evidence found will be suppressed. Instead I was charged with a felony crime and booked into the Las Vegas Clark County Jail. My entire vacation was destroyed.

While I Joshua waited in a room cuffed to floor restraints for the officers to return, I felt that my life is in serious danger. My civil rights were being violated, the arresting officers were wrongfully detaining me, and holding me on racial profiling. The vice officer reentered and I started to give information on how they can verify my character and statement. I also offered to them my ability to get in contact with the Lewisville Texas Detective L. Peck who could be informing. They agreed with me providing them with Detective L. Peck contact information, and I needed my cell phone to do so, which they confiscated from me during the arrest. I was given my phone by a white male Vice Officer as a female FBI Agent entered the room. When I unlocked my phone the male detective snatched my phone away from me, and himself, and the female FBI agent exited the room. When the male detective returned he stated that my story checked out, and he found evidence in my phone that supports my statement. Also that I Joshua will still be arrested and jailed because they decided that it's best if I'm in jail rather than enjoying my vacation weekend. I yelled “you're violating my rights”. The Civil Rights Act of 1983 protects victims of police misconduct. This law makes it illegal for state actors to violate a person's constitutional or federal rights.

I Joshua was wrongfully incarcerated in Las Vegas Clark County Jail on 11-15-2023, less than three hours after my arrival, remained incarcerated throughout The Formula One Event, and posted a cash bond to be released. I am filing a premises liability claim against The Cosmopolitan Hotel Las Vegas. I'm also seeking to be compensated for the pain and suffering, distress, missed wages, punitive damages, and the trauma of harassment, wrongful arrest, and racial and religious discrimination. The officers were informed that I Joshua previously underwent a brain surgery, and I have serious mental conditions. The

law prohibits discrimination in public accommodations based on race, color, religion, disability, or national origin. Also Property owners, including hotels, are obligated to protect guests from foreseeable dangers, including sexual assault. If a hotel fails to take reasonable steps to protect guests, it should be held liable. This lawsuit is valid, and statements backed by hard evidence.