**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOSHUA R. YOE, | Case No. 2:24-cv-02241-APG-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| THE BLACK STONE GROUP, et al., | |
| Defendants. | |

On April 7, 2025, the Court ordered Plaintiff to complete the USM-285 form for Defendant Cosmopolitan Hotel and Casino and return it to the United States Marshals Service by May 8, 2025. ECF No. 20. On May 16, 2025, the summons issued for Defendant Cosmopolitan returned as unexecuted because Plaintiff listed the wrong address. ECF No. 24. The Court will afford Plaintiff another opportunity to effect service on Defendant Cosmopolitan and directs him to carefully follow the below instructions:

**IT IS THEREFORE ORDERED** that the Clerk of Court must issue a summons for Defendant Cosmopolitan Hotel and Casino and deliver the same to the USMS for service together with one copy of each of the following documents: this Order, the operative complaint (ECF No. 1-1), and the Court's Screening Order (ECF No. 20).

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff one blank USM-285 form together with a copy of this Order.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **June 23, 2025** to fill out the required USM-285 form and send it to the USMS.

**IT IS FURTHER ORDERED** that the USMS must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendant Cosmopolitan no later than 20 days after receipt of the completed USM-285 form.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant Cosmopolitan may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: May 23, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE