**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA R. YOE, | Case No.: 2:24-cv-02241-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| THE BLACK STONE GROUP, et al., | |
| Defendants | |

    I ORDER that defendant The Cosmopolitan Hotel Las Vegas's motion to dismiss **(ECF No. 31) is GRANTED** as unopposed under Local Rule 7-2(d). The Cosmopolitan's motion for more definite statement **(ECF No. 32) is DENIED as moot**. The clerk of court is instructed to terminate The Cosmopolitan as a defendant and to close this case.

    DATED this 23rd day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE